IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMY C. PRICE                                                                PLAINTIFF

v.                        Case No. 4:17-cv-00464-KGB

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                        DEFENDANT

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 13). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*).

Therefore, the Court affirms the final decision of defendant Acting Commissioner Nancy Berryhill and dismisses with prejudice plaintiff Tammy Price's complaint (Dkt. No. 2).

So ordered this the 25th day of March, 2019.

_____
Kristine G. Baker
United States District Judge