IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TAMMY C. PRICE                                                                          PLAINTIFF

v.                        Case No. 4:17-cv-00464-KGB

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

So adjudged this the 25th day of March, 2019.

_____
Kristine G. Baker
United States District Judge